F:R1006(02/01/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re Teri L Ruta ,                                        )
        Debtor(s)                                    )
                                                           )
Social Security No(s).: xxx–xx–5831 , or                   ) Case No. 16–11036–1–rel
Employer's Tax Identification No(s): *[if any]* ,          )
                                                           ) Chapter 13

**NOTICE OF HEARING TO CONSIDER DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO 11 U.S.C. SECTION 707(a)(2) AND 109(g)(1) FOR DEBTOR(S) FAILURE TO COMPLY WITH THE ORDER DIRECTING PAYMENT OF FILING FEE IN INSTALLMENTS**

*Your rights may be affected.* You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013.1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE MOVANT'S COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN SEVEN (7) DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.

TO THE DEBTOR(S), ATTORNEY FOR DEBTOR(S), AND TRUSTEE:

Debtor(s) having filed an application pursuant to Fed. R. Bankr. P. 1006.

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. Bankr. P. 1017(b)(1), that a hearing has been scheduled to dismiss the above–entitled petition, with prejudice pursuant to 11 U.S.C. § 109(g)(1), for failure to obey the court's order dated 6/6/2016 and pay the balance of the filing fees in the amount of $ 310.00 pursuant to Fed. R. Bankr. P. 1006(b)(2).

   DATE:  9/22/2016

   TIME: 9:15 am

   PLACE:  James T. Foley Courthouse, 445 Broadway, Room 306, Albany, New York 12207

*IF THE REQUIRED FILING FEE IS PAID IN FULL PRIOR TO THE ABOVE RETURN DATE, NO FURTHER ACTION IS NECESSARY.* Send a money order or cashiers check made payable to "Clerk, US Bankruptcy Court". Payment is to be made at the office of the U.S. Bankruptcy Court Clerk, James T.

Foley U.S. Courthouse, 445 Broadway, Room 330, Albany, New York 12207 .

If you do not want the court to dismiss your case, or if you want the court to consider your views on the motion, then on or before 9/15/2016 , you or your attorney must:

File with the court a written answer explaining your position at the office of the U.S. Bankruptcy Court Clerk, James T. Foley U.S. Courthouse, 445 Broadway, Room 330, Albany, New York 12207 .

Date: 8/25/16

*KIM F. LEFEBVRE*
Clerk of Court

## CERTIFICATE OF MAILING

The deputy clerk indicated below of the United States Bankruptcy Court for the Northern District of New York at Albany, hereby certifies that on this date a true copy of the foregoing document:

☑ was mailed by United States Postal Service as Shown below:

Teri L Ruta
3B Birdie Drive
Queensbury, NY 12804

☑ was sent electronically to the registered users of the Northern District of New York CM/ECF system at the email address show below:

Andrea E. Celli–Trustee
inquiries@ch13albany.com, legal@ch13albany.com

U.S. Trustee
USTPRegion02.AL.ECF@USDOJ.GOV

MichaelJToomeyEsq@nycap.rr.com

Date: 8/25/16                                                              /s/Lisa Cardinal
                                                                              Deputy Clerk